IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES CLIFFORD TAYLOR                                                     PLAINTIFF

v.                              No. 3:25-cv-235-DPM

UNICO BANK                                                                DEFENDANT

## ORDER

1.  Taylor's application to proceed *in forma pauperis*, Doc. 1, is granted. He reports no income or savings.

2.  The Court must screen his complaint. 28 U.S.C. § 1915(e)(2). Taylor says that Unico Bank closed his active bank account and kept his money. He wants his money put back in his account, saying he suffered billions of dollars in damages. Taylor gives no other details.

3.  The Court needs more information to evaluate his case. Taylor hasn't specified how much money was taken, when his account was closed, or what communications he had with Unico. He did not provide any documents about his account or its closure. The Court also questions its jurisdiction to handle this case. It's unclear whether the parties are citizens of different states. Plus the claimed damages seem fanciful, so the amount in controversy is unclear, too. And the Court sees no question of federal law.

**4.** Taylor must file an amended complaint with more details by 5 January 2026. If he doesn't, the Court will dismiss his complaint without prejudice. LOCAL RULE 5.5(c)(2).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

*3 December 2025*