IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES CLIFFORD TAYLOR                                PLAINTIFF

v.                      No. 3:25-cv-235-DPM

UNICO BANK                                            DEFENDANT

## ORDER

Taylor hasn't filed an amended complaint; and the time to do so has passed. *Doc. 3 at 2.* Taylor's complaint will therefore be dismissed without prejudice. Local Rule 5.5(c)(2).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 January 2026