IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES CLIFFORD TAYLOR                                      PLAINTIFF

v.                         No. 3:25-cv-235-DPM

UNICO BANK                                                 DEFENDANT

JUDGMENT

Taylor's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

20 January 2026